## Second Department, April, 1934.

Edwin F. Cornwell, Respondent, v. Moses R. Cornwell, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

Henry P. Ferrand, Respondent, v. Brooklyn Daily Eagle and Another, Appellants. Kathleen Ferrand, Respondent, v. Brooklyn Daily Eagle and Another, Appellants.— Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

Abraham Gutman, etc., by Isidor Gutman, His Guardian ad Litem, and Isidor Gutman, Individually, Appellants, v. United States Casualty Company, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

Ursula Holzer and Another, Respondents, v. Bee Lines, Inc., Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached, and on the further condition that appellant pay respondents fifty dollars within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

In the Matter of the Estate of William J. Matheson, Deceased. Willis D. Wood, as Executor, etc., of William J. Matheson, Deceased, Appellant; Parke A. Galleher, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Did the Surrogate's Court acquire jurisdiction to adjudicate the claim in this proceeding? Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ. [See 240 App. Div. 285.]

In the Matter of the Application of The People of the State of New York ex rel. Murray M. Pomeranz, Appellant, for a Mandamus Order against Aaron L. Jacoby, as Register of Kings County, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

In the Matter of the Application of Brooklyn Bar Association in Respect of Abraham Schachne, an Attorney and Counselor at Law.—Upon consent, matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

Lawyers Mortgage Company, Plaintiff, v. Dora A. De Waltoff and Another, Appellants, and Others, Defendants; William J. McCurdy, as Receiver, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.